Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VALNET, INC., et al., <br><br> Defendants. | Case No. 2:23-cv-04086-WLH-MAR <br> *Hon. Wesley L. Hsu Presiding* <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendant Valnet, Inc. on the other, hereby STIPULATE as follows:

1. The action is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)((1)(A)(ii) and per that rule does not require an Order.

Respectfully submitted,

Dated: December 11, 2024     By:     /s/ *Stephen M. Doniger*
                                     Stephen M. Doniger, Esq.
                                     Kelsey M. Schultz, Esq.
                                     DONIGER / BURROUGHS
                                     *Attorneys for Plaintif*

Dated: December 11, 2024     By:     /s/ *Marc E. Mayer*
                                     David A. Steinberg, Esq.
                                     Marc E. Mayer, Esq.
                                     MITCHELL SILBERBERG
                                     & KNUPP LLP
                                     *Attorney for Defendant*

The filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.